# ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :
        - v. -                   :    **SEALED INDICTMENT**
                                 :
KEVIN JOHNSON,                   :    15 Cr.
                                 :
                    Defendant.   :
- - - - - - - - - - - - - - **15 CRIM 565**

### COUNT ONE

The Grand Jury charges:

1. On or about April 13, 2015, in the Southern District of New York, KEVIN JOHNSON, the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess in and affecting commerce a firearm, to wit, a Taurus, Model "The Judge," 410 Gauge/45 Colt Caliber Revolver, and a Cugir Factory, Model TTC, 7.62 X 25mm Tokarev, Semi-Automatic Pistol, which previously had been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Sections 922(g)(1) and 2.)

_Carol Abrams_
_____
FOREPERSON

_Preet Bharara_
_____
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8|19|15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

KEVIN JOHNSON,

Defendant.

## SEALED INDICTMENT

15 Cr.

(18 U.S.C. §§ 922(g)(1) and 2.)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

*Carol Ahern*

Foreperson.

August 19, 2015

Filed Sealed Indictment.

U.S.M.J. Debra Freeman