# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

May 11, 2016

**BY ECF and EMAIL**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Kevin Johnson**
      **15 Cr. 565 (VEC)**

Dear Judge Caproni:

     We wish to submit for your review two articles cited in our letter dated May 4, 2016. Given that they are not publicly available, we will email the articles to the Court and the Government as attachments.

- P. Gill, et al, <u>DNA commission of the International Society of Forensic Genetics: Recommendations on the interpretation of mixtures</u>.

- P. Gill, et al, <u>DNA commission of the International Society of Forensic Genetics: Recommendations on the evaluation of STR typing results that may include drop-out and/or drop-in using probabilistic methods</u>.

     We will also follow up in response to the Court's invitation to provide additional information regarding other source code applications in relation to <u>Daubert</u> proceedings, etc., as soon as practicable. We are preparing an additional submission that we will file in advance of June 9, 2016.

Respectfully submitted,

Christopher Flood
Sylvie Levine
Assistant Federal Defenders

cc: Jason Swergold, Assistant U.S. Attorney (by ECF and email)