**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

June 10, 2016

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   **United States v. Kevin Johnson**
      **15 Cr. 565 (VEC)**

Dear Judge Caproni,

     Pursuant to the Court's Order of June 7, 2016, attached please find a subpoena directing the OCME to make the source code available to defense counsel. Once the subpoena is signed, we will pick up an original signed copy from the Court and serve it on the OCME.

     Further, we will make available any hard drives or portable storage devices the OCME needs in order to provide us the materials in FST's "native file formats."

Respectfully submitted,
/s/
Christopher Flood
Sylvie Levine
Assistant Federal Defenders
212-417-8729

cc:   Jason Swergold, Assistant United States Attorney