# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

November 15, 2016

<u>**BY HAND AND ECF**</u>
<u>**BY ECF**</u>
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Kevin Johnson</u>
            15 Cr. 565 (VEC)

Dear Judge Caproni:

We write concurrent with the filing of our Motion to Exclude, filed today, the subject of which is the New York City Office of the Chief Medical Examiner's (OCME) Forensic Statistical Tool (FST) and related testimony. Your Honor granted our request for a Subpoena *Decus Tecum*, and issued that Subpoena on July 18, 2016 thereby enabling our review of the source code to this software subject the terms of a Protective Order which remains in effect.

The terms of that order, and by agreement with the OCME, prior to public filing of any materials that make direct reference to the source code of FST, the OCME is to be given a reasonable opportunity to consider its position on any redactions. We spoke with the legal department of the OCME, and to Your Honor's chambers, and seek at this time to file the brief under seal (delivered to Your Honor by email and hard copy). We then will negotiate any appropriate redactions with the OCME within 48 hours and submit a proposed redacted version for the Court's consideration.

If the Court requires further information, I or Ms. Levine can be reached at the numbers or email addresses below.

Thank you for considering this request.

>Respectfully Submitted
>
>*Christopher Flood*
>Christopher Flood
>(212) 417-8734
>christopher_flood@fd.org
>
>*Sylvie Levine*
>Sylvie Levine
>(212) 417-8729
>sylvie_levine@fd.org

cc: AUSA Jason Swergold
AUSA Stephanie Lake

Mr. Kevin Johnson, MCC

Florence Hutner, General Counsel, OCME
Rebecca Johannesen, Special Counsel, OCME