# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/15/2016

BY HAND AND ECF
BY ECF
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  United States v. Kevin Johnson
     15 Cr. 565 (VEC)

Counsel must deliver by email and hard copy an unredacted copy of the brief and exhibits to the Court and opposing counsel. On or before November 21, 2016, counsel must jointly submit by email and hard copy proposed redactions to the brief and exhibits. In the proposed redactions, counsel must identify the information to be redacted by either highlighting it or bracketing it in a way that it remains legible.

SO ORDERED.

*[signature: Valerie Caproni]*

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE
11/15/2016

Dear Judge Caproni:

We write concurrent with the filing of our Motion to Exclude, filed today, the subject of which is the New York City Office of the Chief Medical Examiner's (OCME) Forensic Statistical Tool (FST) and related testimony. Your Honor granted our request for a Subpoena *Decus Tecum*, and issued that Subpoena on July 18, 2016 thereby enabling our review of the source code to this software subject the terms of a Protective Order which remains in effect.

The terms of that order, and by agreement with the OCME, prior to public filing of any materials that make direct reference to the source code of FST, the OCME is to be given a reasonable opportunity to consider its position on any redactions. We spoke with the legal department of the OCME, and to Your Honor's chambers, and seek at this time to file the brief under seal (delivered to Your Honor by email and hard copy). We then will negotiate any appropriate redactions with the OCME within 48 hours and submit a proposed redacted version for the Court's consideration.

If the Court requires further information, I or Ms. Levine can be reached at the numbers or email addresses below.

Thank you for considering this request.

                                            Respectfully Submitted

                                            Christopher Flood
                                            (212) 417-8734
                                            christopher_flood@fd.org

                                            Sylvie Levine
                                            (212) 417-8729
                                            sylvie_levine@fd.org

cc:    AUSA Jason Swergold
        AUSA Stephanie Lake

        Mr. Kevin Johnson, MCC

        Florence Hutner, General Counsel, OCME
        Rebecca Johannesen, Special Counsel, OCME