# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 21, 2016

**BY EMAIL AND BY HAND DELIVERY**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: **United States v. Kevin Johnson**
**15 Cr. 565 (VEC)**

Dear Judge Caproni,

Pursuant to the Court's Order, we propose the following redactions to the brief filed under seal on November 15, 2016. The redactions have been agreed to by the Office of the Chief Medical Examiner by General Counsel Florence Hutner and Special Counsel Rebecca Johannesen, and the Government, by Assistant United States Attorney Jason Swergold.

The proposed redactions are for the following:

1) A line of the code that is quoted on page 48 of the brief.
2) The full text of Exhibit C – Nathaniel Adams' affidavit and appendices, except for page 1 of his affidavit.

The documents with the proposed redactions highlighted will be delivered by email and by hand.

Respectfully submitted,

/s/
Sylvie Levine
Christopher Flood
Assistant Federal Defenders
212-417-8729


cc: Jason Swergold, Assistant United States Attorney
Stephanie Lake, Assistant United States Attorney

Florence Hutner, General Counsel, OCME
Rebecca Johannesen, Special Counsel, OCME