**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

January 4, 2017

**BY ECF**
Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Re:   **United States v. Kevin Johnson**
>        **15 Cr. 565 (VEC)**

Dear Judge Caproni,

We write in response to the Court's Order of December 19, 2016, regarding redactions to the appendices to Exhibit C of Mr. Johnson's *Daubert* brief, particularly the screenshots and figure labels. The parties have conferred and reviewed all relevant redactions. We agree that, in light of the presumption of access discussed in *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 119-20 (2d Cir. 2006), neither the screenshots nor the figure labels should be redacted. Other than the screenshots and figure labels, we believe the other proposed redactions to the appendices to Exhibit C are appropriate.

Accordingly, the joint proposed redactions to the appendices are as follows:

| | | |
|---|---|---|
| Appendix A: | The proposed redactions submitted on December 5 and 6, 2016, highlighted in yellow. | |
| Appendix B: | No redactions. | |
| Appendix C: | Mr. Johnson's DNA profile (located in one line each of Figures C.4 and C.9), submitted on December 5 and 6, 2016, highlighted in green. | |
| Appendix D: | No redactions. | |

Thank you for consideration of this proposal.

> Respectfully submitted,
> /s/
> Christopher Flood,
> (212) 417-8734
> Sylvie Levine,
> (212) 417-8729
> Counsel for Kevin Johnson

cc:   Stephanie Lake, Assistant United States Attorney (By ECF)
      Rebecca Johannesen, Special Counsel, OCME (By Email)
      Florence Hutner, General Counsel, OCME (By Email)