**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 17, 2017

**BY ECF**
The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re: **United States v. Kevin Johnson**
           **15 Cr. 565 (VEC)**

Dear Judge Caproni,

    Pursuant to the Court's Order dated October 16, 2017 [Dkt.152], attached please find new copies of Exhibit C to Mr. Johnson's memorandum in support of his motion in limine [Dkt.99-5] and Exhibit A to his reply memorandum in support of his motion in limine [Dkt.110-1]. As directed, we have removed all redactions from the new copies except those expressly allowed by the October 16 Order.

Respectfully submitted,

/s/
Christopher Flood
Sylvie Levine
Counsel for Kevin Johnson
212-417-8729


cc:    Sheb Swett
        Assistant United States Attorney